IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JASON COLLURA : CIVIL ACTION
:
v. :
:
CITY OF PHILADELPHIA : NO. 08-3880

ORDER

AND NOW this 9th day of August, 2010, after a non-jury civil trial held on September 10, 2009, and upon consideration of the plaintiff's post-trial briefing concerning <u>Monell</u> liability (Docket Nos. 38, 39, and 41), and the defendant's response thereto (incorrectly filed in Case No. 08-746 at Docket No. 24), IT IS HEREBY ORDERED that, for the reasons stated in a memorandum of today's date, JUDGMENT is ENTERED for the defendant and against the plaintiff.

This case is closed.

BY THE COURT:


/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.